1  PHILIP J. TERRY (SBN 148144)
   KIMBERLY CORCORAN (SBN 148229)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  Attorneys for Plaintiff/Counterdefendant
   DIAMOND RIDGE VINEYARDS, LLC

6
   J. Scott Gerien (SBN 184728)
7  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
8  Napa, California 94559

   John D. Mason (admitted Pro Hac Vice)
9  The Intellectual Property Group, PLLC
   10401 Stevenson Road
10 Stevenson, MD 21153
   Telephone: (410) 205-7560
11 Facsimile: (410) 205-7560

12 Attorneys for Defendants/Counterclaimant
   SMITH-ANDERSON ENTERPRISES, INC.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND RIDGE VINEYARDS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-ANDERSON ENTERPRISES, INC., a California Corporation, and DOES 1-100,<br><br>Defendant. | CASE NO. CV-11-5175 SC<br><br>(1) STIPULATION RE: DISMISSAL [FRCP 41(A)]; and (2) [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Samuel Conti<br><br>*Complaint filed:* 10-21-2011<br>*Counterclaim filed:* 02-03-2012 |
| SMITH-ANDERSON ENTERPRISES, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>DIAMOND RIDGE VINEYARDS, LLC,<br><br>Counterdefendant. | |

27 //

28 //

CARLE, MACKIE,
POWER & ROSS LLP

1

(1) STIPULATION RE: DISMISSAL; and (2) [PROPOSED] ORDER          Case No. CV-11-5175 SC

1    Plaintiff/Counterdefendant, DIAMOND RIDGE VINEYARDS, LLC, a California
2  limited liability company ("Plaintiff" or "DRV"), on the one hand, and Defendant/
3  Counterclaimant, SMITH-ANDERSON ENTERPRISES, INC., a California corporation
4  ("Defendant" or "SAE"), on the other hand, hereby stipulate as follows:
5    WHEREAS, DRV filed the complaint in this action on October 21, 2011; and
6    WHEREAS, SAE filed an answer to the complaint on February 3, 2012; and
7    WHEREAS, SAE filed a counterclaim on February 3, 2012; and
8    WHEREAS, DRV answered the counterclaim on March 5, 2012; and
9    WHEREAS, on July 18, 2012, the parties engaged in mediation and, without any
10 admission of liability on the part of any party, reached a settlement of the entire action, including
11 the claims of both the complaint and counterclaim; and
12    WHEREAS, DRV and SAE have signed a settlement agreement to encompass settlement
13 on 10/12/12 and 11/6/12, respectively, in settlement of both the complaint and counterclaims;
14 and
15    WHEREAS, the parties have agreed to dismiss all claims being made by all parties in this
16 action with prejudice; and
17    WHEREAS, the parties have agreed mutually to waive any attorneys' fees and costs
18 incurred to date in defense and/or prosecution of the above matter;
19    NOW THEREFORE, the parties agree as follows:
20    1.    The foregoing recitals are hereby incorporated by this reference.
21    2.    In consideration of this Stipulation, the parties agree to a full and complete mutual
22 waiver of any claim for any attorneys' fees or costs incurred to date in the prosecution and
23 defense of this action as against each other.
24 //
25 //
26 //
27 //
28 //

|   |   |   |
|---|---|---|
| 1 | 3. | Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action with prejudice, each party to bear their own costs, fees and expenses. |

Dated: November 8, 2012                             CARLE, MACKIE, POWER & ROSS LLP

By: _____
Philip J. Terry
Attorneys for Plaintiff/Counterdefendant
DIAMOND RIDGE VINEYARDS, LLC

Dated: November 8, 2012                             DICKENSON, PEATMAN & FOGARTY

By: _____
J. Scott Gerien
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

Dated: November 8, 2012

_____
John D. Mason *(admitted Pro Hac Vice)*
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

### [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the complaint and counterclaim on file in this action are hereby DISMISSED WITH PREJUDICE. The action in its entirety is dismissed with prejudice, each party to bear its own costs and expenses incurred to date in defense and/or prosecution of the above matter, except as otherwise provided in their settlement agreement.

IT IS SO ORDERED.

Dated: 11/26/12

_____
The Honorable
Judge of the United States District Court

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)*

3. Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action with prejudice, each party to bear their own costs, fees and expenses.

Dated: November 8, 2012              CARLE, MACKIE, POWER & ROSS LLP

By: _____
Philip J. Terry
Attorneys for Plaintiff/Counterdefendant
DIAMOND RIDGE VINEYARDS, LLC

Dated: November 13, 2012             DICKENSON, PEATMAN & FOGARTY

By: _____
J. Scott Gerien
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

Dated: November 8, 2012

_____
John D. Mason *(admitted Pro Hac Vice)*
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the complaint and counterclaim on file in this action are hereby DISMISSED WITH PREJUDICE. The action in its entirety is dismissed with prejudice, each party to bear its own costs and expenses incurred to date in defense and/or prosecution of the above matter, except as otherwise provided in their settlement agreement.

IT IS SO ORDERED.

Dated:_____

_____
The Honorable Samuel Conti
Judge of the United States District Court