PHILIP J. TERRY (SBN 148144)
KIMBERLY CORCORAN (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiff/Counterdefendant
DIAMOND RIDGE VINEYARDS, LLC

J. Scott Gerien (SBN 184728)
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559

John D. Mason (admitted Pro Hac Vice)
The Intellectual Property Group, PLLC
10401 Stevenson Road
Stevenson, MD 21153
Telephone: (410) 205-7560
Facsimile: (410) 205-7560

Attorneys for Defendants/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND RIDGE VINEYARDS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SMITH-ANDERSON ENTERPRISES, INC., a California Corporation, and DOES 1-100,<br><br>Defendant. | CASE NO. CV-11-5175 SC<br><br>(1) STIPULATION RE: DISMISSAL [FRCP 41(A)]; and (2) [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Samuel Conti<br><br>*Complaint filed:* 10-21-2011<br>*Counterclaim filed:* 02-03-2012 |
| SMITH-ANDERSON ENTERPRISES, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>DIAMOND RIDGE VINEYARDS, LLC,<br><br>Counterdefendant. | |

//

//

CARLE, MACKIE,
POWER & ROSS LLP

1

(1) STIPULATION RE: DISMISSAL; and (2) [PROPOSED] ORDER        Case No. CV-11-5175 SC

1  Plaintiff/Counterdefendant, DIAMOND RIDGE VINEYARDS, LLC, a California limited liability company ("Plaintiff" or "DRV"), on the one hand, and Defendant/Counterclaimant, SMITH-ANDERSON ENTERPRISES, INC., a California corporation ("Defendant" or "SAE"), on the other hand, hereby stipulate as follows:

WHEREAS, DRV filed the complaint in this action on October 21, 2011; and

WHEREAS, SAE filed an answer to the complaint on February 3, 2012; and

WHEREAS, SAE filed a counterclaim on February 3, 2012; and

WHEREAS, DRV answered the counterclaim on March 5, 2012; and

WHEREAS, on July 18, 2012, the parties engaged in mediation and, without any admission of liability on the part of any party, reached a settlement of the entire action, including the claims of both the complaint and counterclaim; and

WHEREAS, DRV and SAE have signed a settlement agreement to encompass settlement on 10/12/12 and 11/6/12, respectively, in settlement of both the complaint and counterclaims; and

WHEREAS, the parties have agreed to dismiss all claims being made by all parties in this action with prejudice; and

WHEREAS, the parties have agreed mutually to waive any attorneys' fees and costs incurred to date in defense and/or prosecution of the above matter;

NOW THEREFORE, the parties agree as follows:

1. The foregoing recitals are hereby incorporated by this reference.

2. In consideration of this Stipulation, the parties agree to a full and complete mutual waiver of any claim for any attorneys' fees or costs incurred to date in the prosecution and defense of this action as against each other.

//
//
//
//
//

1  3. Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing
2  this action with prejudice, each party to bear their own costs, fees and expenses.

3  Dated: November 8, 2012                          CARLE, MACKIE, POWER & ROSS LLP

4
5                                                 By: _____
                                                      Philip J. Terry
6                                                     Attorneys for Plaintiff/Counterdefendant
                                                      DIAMOND RIDGE VINEYARDS, LLC
7

8  Dated: November 8, 2012                          DICKENSON, PEATMAN & FOGARTY
9
10                                                 By: _____
                                                      J. Scott Gerien
11                                                    Attorneys for Defendant/Counterclaimant
                                                      SMITH-ANDERSON ENTERPRISES, INC.
12
13 Dated: November 8, 2012
                                                      _____
14                                                    John D. Mason (admitted Pro Hac Vice)
                                                      Attorneys for Defendant/Counterclaimant
                                                      SMITH-ANDERSON ENTERPRISES, INC.
15

16                                   [PROPOSED] ORDER

17         PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that
18 the complaint and counterclaim on file in this action are hereby DISMISSED WITH
19 PREJUDICE. The action in its entirety is dismissed with prejudice, each party to bear its own
20 costs and expenses incurred to date in defense and/or prosecution of the above matter, except as
21 otherwise provided in their settlement agreement.
22         IT IS SO ORDERED.
23 Dated: 11/26/12
                                                      _____
24                                                    The Honorable
                                                      Judge of the United States District Court
                                                      [Seal: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]

CARLE, MACKIE,
POWER & ROSS LLP
                                                3
(1) STIPULATION RE: DISMISSAL; and (2) [PROPOSED] ORDER         Case No. CV-11-5175 SC

3. Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action with prejudice, each party to bear their own costs, fees and expenses.

Dated: November 8, 2012

CARLE, MACKIE, POWER & ROSS LLP

By: _____
Philip J. Terry
Attorneys for Plaintiff/Counterdefendant
DIAMOND RIDGE VINEYARDS, LLC

Dated: November 13, 2012

DICKENSON, PEATMAN & FOGARTY

By: _____
J. Scott Gerien
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

Dated: November 8, 2012

_____
John D. Mason *(admitted Pro Hac Vice)*
Attorneys for Defendant/Counterclaimant
SMITH-ANDERSON ENTERPRISES, INC.

### [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the complaint and counterclaim on file in this action are hereby DISMISSED WITH PREJUDICE. The action in its entirety is dismissed with prejudice, each party to bear its own costs and expenses incurred to date in defense and/or prosecution of the above matter, except as otherwise provided in their settlement agreement.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Samuel Conti
Judge of the United States District Court